No. 86–194. MALACHOWSKI ET UX., ON BEHALF OF THE JUVENILE, AMY M. *v.* NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 86–197. SORENSEN ET AL. *v.* CAREY ET AL. Sup. Ct. Nev. Certiorari denied.

No. 86–198. HAFFER *v.* ACTION MANUFACTURING, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 86–199. HELMICK *v.* LAUNDERS ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–200. COHEN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 86–204. ADVANCE BUILDING MAINTENANCE CO. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 86–206. MARTIN ET AL. *v.* ROBINSON, TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied.

No. 86–207. MARK C. BLOOME CO. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (SHEPHERD ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 86–214. KESTER ET AL. *v.* HORNER, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 86–235. BELL *v.* NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–240. MAY *v.* TRANSWORLD DRILLING CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–242. SMITH *v.* DEPARTMENT OF THE AIR FORCE. C. A. Fed. Cir. Certiorari denied.

No. 86–244. VAN HORN ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.